# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132152

LINDA RECKER and LINDA
ZAHRN,
        Plaintiffs-Appellants,

v

DAVID MALSON, SEAN
FITZGERALD, MICHAEL DUNN,
and DUNN, MALSON & KOZERA,
P.C.,
        Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132152
COA: 268230
Kent CC: 03-004250-NM

On order of the Court, the application for leave to appeal the August 17, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk